# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **VS.** | * | **CR. NO. 04-00118-CG** |
| **JIMMIE RANDOLPH JAMES** | * | |
| **Defendant.** | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the special conditions of probation on the judgment which was entered in the above-styled case on July 19, 2005, to include the following special condition:

> The defendant shall participate in the Home Confinement Program for a period not exceed 6 months, without electronic monitoring. During this time, the defendant shall remain at his place of residence at all times and shall not leave except when such leave is approved in advance by the Probation Office. The defendant shall maintain a telephone at his place of residence without "call forwarding," a modem, "caller I.D.," "call waiting," or portable cordless telephones for the above period.

**DONE AND ORDERED** this 29th day of July, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE